**JS-6**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD FAJARDO-GODINEZ, | Case No. 5:26-cv-01566-JFW-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, *et al.*, | |
| Respondents. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.

DATED: May 26, 2026

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE